UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-CV-20536 - MGC

## MEDIATION REPORT

Pamela Dent,

    Plaintiff(s),

vs

Reliance Standard Life Ins. Co.,

    Defendant(s).
_____/

The undersigned, Elaine Feldman, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: June 10, 2016. The results of the mediation conference are as follows:

__✓__ All required parties were present *or*

____ The following required parties were not present:_____

____ An agreement was reached. **Settlement Agreement Attached.**

__✓__ A **confidential** settlement agreement was reached.

____ No agreement was reached.

____ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

____ The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

____ Other: _____

Respectfully Submitted:

*Elaine Feldman*
Elaine Feldman, Esq.
Florida Bar No.: 342793
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel