UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No 16-20536-Civ-COOKE/TORRES

PAMELA DENT,

    Plaintiff,

vs.

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

    Defendant.

_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Joint Stip. Dismissal with Prejudice, ECF No. 20.  Each party shall bear her or its own costs and attorney's fees.

    The Clerk is directed to **CLOSE** this matter.  All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 29TH day of June 2016.

                                                */s/ Marcia G. Cooke*
                                                MARCIA G. COOKE
                                                United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*